# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **SIGNATURES NETWORK, INC.** <br> **a Delaware corporation,** | ) <br> ) <br> ) <br> ) | |
| **Plaintiff,** | ) <br> ) | **CIVIL ACTION NO. 05 10964 RWZ** |
| **vs.** | ) <br> ) <br> ) | |
| **JOHN DOES 1-100, individuals,** <br> **JANE DOES 1-100, individuals,** <br> **and XYZ COMPANY, business** <br> **entity form unknown, inclusive,** | ) <br> ) <br> ) <br> ) <br> ) | |
| **Defendants.** | ) <br> ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure, Rule 41

(a), Plaintiff voluntarily dismisses the above caption action without prejudice.

Dated: March 27, 2007

RESPECTFULLY SUBMITTED
SIGNATURES NETWORK, INC.

*M. Lawrence Oliverio*

M. Lawrence Oliverio, Esq., BBO #378755
Rissman Jobse Hendricks & Oliverio, LLP
One State Street, Suite 800
Boston, Massachusetts 02109
Telephone: (617) 367-4600
Facsimile: (617) 367-4656

Cara Burns, Esq. (Cal. Bar # 137557)
Hicks, Mims, Kaplan & Burns
2800 28th Street, Suite 300
Santa Monica, California 90405
Telephone: (310) 314-1721
Facsimile: (310) 314-1725